```
Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE241015
Cashier ID: rfehrle
Transaction Date: 06/16/2022
Payer Name: CHARLES TALBERT
------------------------------------
WRIT OF HABEAS CORPUS
 For: CHARLES TALBERT
 Case/Party: D-PAE-2-22-CV-001115-001
 Amount:          $5.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: CHARLES TALBERT
 Check/Money Order Num: 107099
 Amt Tendered:    $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

22-1115

TALBERT V HARRY, ET AL

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.
```

Charles Talbert
No. QA4727
SCI Camp Hill
2500 Lisburn Road
Camp Hill, PA. 17001                May 23, 2022

Clerk of Court
U.S. Courthouse
601 Market Street
Phila. PA. 19106

Re: Talbert v. Harry, et al. No. 22-cv-1115

Dear Clerk of Court:

Enclosed herein, please find the following:

1. 2241 Habeas Corpus Petition.
2. Check for $5.00.

A brief in support of this Petition will be submitted shortly. Thank you for your help and attention.

Yours Truly,
Charles Talbert

PAE 2241

# IN THE UNITED STATES DISTRICT COUT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## § 2241 HABEAS CORPUS PETITION FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241

Charles Talbert ,
Inmate/Alien # QA4727
SCI Camp Hill
2500 Lisburn Road
Camp Hill, Pa. 17001

(Enter full name of Petitioner, prison number or alien [A]
number, if applicable, AND address of place of confinement.)

vs.

CASE NO: 22-CV-1115
(To be assigned by Clerk)

Laurel Harry
Josh Shapiro

(Enter name and title of each Respondent. If additional space
is required, use the blank area below and directly to the right.)

**ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM**

*(Rev. 05/2018)*

**ANSWER ALL OF THE FOLLOWING:**

1. This petition concerns *(check where applicable)*:

    (a) ☐ a conviction
    (b) ☐ a sentence
    (c) ☒ pre-trial detention
    (d) ☐ prison disciplinary action or other action resulting in lost gain time credits
    (e) ☐ parole
    (f) ☐ immigration / removal
    (g) ☐ Bureau of Prisons sentence calculation or loss of good-time credits.
    (h) ☐ other (explain): _____

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a) Name(s) and location(s) of court: __Phila. Cty. Ct. of Common Pleas.__
    (b) Number(s): __CP51CR0008348-2018__
    (c) Charge(s) for which you were convicted: __possession of instrument of crime (knife); reckless endangering another person.__

    (d) What was your plea? (Check one)

       (1) Not Guilty      ☒
       (2) Guilty          ☐
       (3) Nolo contendere ☐

    (e) Did you appeal from the judgment of conviction?    Yes ☒    No ☐

3. If you did appeal, answer the following:

    (a) Name of Court: __Superior Ct. of PA.__    Case # __1225 EDA 2020__
    (b) Result: __dismissed due to lawyer not filing a brief.__
    (c) Date of opinion and mandate (citation, if known): __February 3, 2022__

4. Claims that challenge your conviction or imposition of sentence can only be raised by petition under 28 U.S.C. § 2254 (to challenge a state conviction or sentence) or a motion under § 2255 (to challenge a federal conviction or sentence) unless the § 2254 or § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

    (a) Have you filed a motion under 28 U.S.C. § 2254 or § 2255?

       Yes ☐    No ☐    N/A

If yes, please provide the case #, where filed, relevant date(s), and the results:

N/A

(b) Explain why the remedy under § 2254 or § 2255 was or is inadequate or ineffective:

N/A

5. Are you currently represented by counsel in this case or in any other court case?

Yes ☒   No ☐

If yes, please explain: Scott P. Sigman, 2101 Pine St., Phila, PA 19103

6. If this case concerns removal proceedings:

(a) Date of final order of removal: N/A

(b) Did you file an appeal with Board of Immigration Appeals?   Yes ☐  N/A  No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

(a) Ground One: Fourth Amendment - Exclusionary Rule

CP51CR0001995-2019

CP51CR0002223-2019

CP51CR0002622-2019

(Consolidated Trial)

Supporting FACTS (state *briefly* without citing cases or law): On the first case, the cashier was unable to identify me and I was arrested on mere suspicion. On the other 2 cases, there was no identification or physical evidence to arrest.

Exhaustion:

[1] Have you presented Ground One to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☒    No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: motions to suppress identification and physical evidence filed in all cases to which the lower court never replied due to counsel. On or about March 2, 2022 the State S.Ct. refused to rule on habeas petition due to counsel to whom was made part of the petition due to ineffectiveness.

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground One to the Board of Immigration Appeals?

Yes ☐    No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s).

N/A

(b) Ground Two: Sixth Amendment - Speedy Trial Violation
CP51CR0001995-2019
CP51CR0002223-2019
CP51CR0002622-2019
(Consolidated Trial)

Supporting FACTS (state briefly without citing cases or law): I was arrested and subsequently detained on all 3 consolidated cases in Jan. 2019 without being brought to trial. My sole witness (my dad) just died by heart attack in Feb. 2022.

Exhaustion:

[1]  Have you presented Ground Two to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: motions to dismiss for speedy trial violations and for violations of Pa.R.Cr.P. 600 were filed in all cases to which the lower court never replied due to counsel. On or about Mar. 2, 2022, the State S.Ct. refused to rule on habeas petition due to counsel to whom was made part thereof.

[2]  (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground Two to the Board of Immigration Appeals?

Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s).

N/A

(c)  Ground Three: Sixth Amendment - Ineffective Counsel
CP51CR0001995-2019
CP51CR0002223-2019
CP51CR0002622-2019
(Consolidated Cases)

Supporting FACTS (state *briefly* without citing cases or law): On Sept. 11, 2020 I was appointed Scott Sigman to represent me on all 3 cases. However Mr. Sigman has never sent me any mail, visit me, phone communication; has failed to speak with my witness; has failed to challenge the States evidence; has violated Rules of Professional Conduct; and has abandoned me without helping me in any of the 3 cases.

Exhaustion:

[1] Have you presented Ground Three to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: I have filed motions to withdraw for the above mentioned reasons, to which the lower court has failed to reply. Sigman refuses to withdraw even though its a conflict of interest. On or about Mar. 2, 2022, the State S.Ct. refused to rule on habeas petition due to Sigman being appointed.

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground Three to the Board of Immigration Appeals?

Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s).

N/A

(d) Ground Four: Fourteenth Amendment - Due Process

CP51CR0001995-2019

CP51CR0002223-2019

CP51CR0002622-2019

(Consolidated Trial)

Supporting FACTS (state *briefly* without citing cases or law): The lower court has, and continues, to establish scheduled proceedings in all 3 cases to which I have never received notice (subpoena) for, nor was I given an opportunity to be heard on record whether in-person or through video court. This has occurred for the last 2 years.

Exhaustion:

[1] Have you presented Ground Four to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: I have filed a civil Petition for Review in the original jurisdiction of the Commonwealth Court of PA under docket no. 255 MD 2022. That case is still pending

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground Four to the Board of Immigration Appeals?

Yes ☐   No ☒

If yes, please provide the results of the proceeding(s) and the relevant date(s).

N/A

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief:
1. dismissal of all charges in all 3 consolidated cases.
2. such other relief deemed equitable.

### DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

May 23, 2022
Date

Signature of Petitioner

**IF MAILED BY PRISONER:**

I declare or state under penalty of perjury that this petition was *(check one)*

☒ delivered to prison officials for mailing, or

☐ deposited in the prison's internal mail system on: __May 23, 2022__
                                              Date

_____
Signature of Petitioner

