# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** *Petitioner*, | : : | **CIVIL ACTION** |
| v. | : : | |
| **LAUREL HARRY, et al.,** *Respondents*. | : : | **NO. 22-cv-1115** |

## ORDER

**AND NOW**, this **2nd** day of **September**, **2022**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 7), review of the Report and Recommendation of United States Magistrate Judge Lynne A Sitarski (ECF No. 11), and consideration of Petitioner's Objections (ECF No. 12), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**