# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** : | |
|    Petitioner, : | |
| : | |
|       v. : | **CIVIL ACTION NO. 22-CV-1115** |
| : | |
| **LAUREL HARRY**, *et al.,* : | |
|    Respondents. : | |

## ORDER

**AND NOW**, this 10th day of October 2023, upon consideration of Petitioner's Motion for Preliminary Injunction (ECF No. 36), as well as Petitioner's Motion for Sanctions (ECF No. 31), Petitioner's Motion for Evidentiary Hearing (ECF No. 34), Petitioner's Motion for Sanctions (ECF No. 43), and Petitioner's Motion for Judicial Notice and Evidentiary Hearing (ECF No. 45), it is hereby **ORDERED** as follows:

1. Petitioner's Motion for Preliminary Injunction (ECF No. 36) is **DENIED.**

2. Petitioner's Motion for Sanctions (ECF No. 31) is **DENIED**.

3. Petitioner's Motion for Evidentiary Hearing (ECF No. 34) is **DENIED.**

4. Petitioner's Motion for Sanctions (ECF No. 43) is **DENIED.**

5. Petitioner's Motion for Judicial Notice and Evidentiary Hearing (ECF No. 45) is **DENIED.**

                                          **BY THE COURT:**

                                          /s/ Chad F. Kenney
                                          _____
                                          **CHAD F. KENNEY, JUDGE**