IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** : | |
|     **Petitioner,** : | |
| : | |
|        **v.** : | **CIVIL ACTION NO.  22-CV-1115** |
| : | |
| **LAUREL HARRY***, et al.,* : | |
|     **Respondents.** : | |

## ORDER

**AND NOW**, this 10th day of October 2023, upon consideration of Petitioner's Motion for Reconsideration Nunc Pro Tunc (ECF No. 17), it is hereby **ORDERED** as follows:

1. Petitioner's Motion (ECF No. 17) is **DENIED.**

2. A Certificate of Appealability **SHALL NOT** issue because reasonable jurists would not disagree as to the procedural ruling and because there is no substantial showing of the denial of a constitutional right.

3. The Clerk of Court shall close this case for statistical purposes.

                                                    **BY THE COURT:**

                                                    /s/ Chad F. Kenney
                                                    _____
                                                    **CHAD F. KENNEY, JUDGE**